**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               )<br>                                         )<br>             Plaintiff,                 )<br>                                         )<br>       v.                                )<br>                                         )<br> Nissa Correne Thomas,                    )<br>                                         )<br>             Defendant.                 )<br> _____) | CR-06-1118-PHX-FJM<br><br><br><br>ORDER OF DETENTION |

The Court having been informed by Pretrial Services that the placement of the defendant at Guiding Star is no longer available. Per Pretrial Services Supplement Report No. 3 dated February 20, 2007.

IT IS HEREBY ORDERED that the Court's detention order pending bedspace of February 16, 2007 is **VACATED.**

The Court incorporates and adopts by reference the assessment of nonappearance findings of the Pretrial Services Agency which were reviewed by the Court in the Supplement Report No. 3.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 22nd day of February, 2007.

Edward C. Voss
United States Magistrate Judge